UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE HYBE CO., LTD., BELIFT LAB INC., and SOURCE MUSIC CO., LTD.

Case No. 24-mc-80228-DMR

**ORDER RE: EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Re: Dkt. No. 1

Petitioners Hybe Co., Ltd., Belift Lab Inc., and Source Music Co., Ltd. filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing discovery for use in foreign proceedings, seeking permission to serve a subpoena for documents and information on Google LLC.  [Docket No. 1.]  The court cannot decide the application without the consent of all parties.  *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022) (holding that section 1782 applications for discovery are dispositive within the meaning of 28 U.S.C. § 636(b)(1)).  Accordingly, Petitioners shall serve the application and this Order on Google LLC by no later than September 27, 2024 and file proof of service.  Google LLC shall file any response to the application by no later than October 11, 2024.  By the same deadline, the parties shall file either the consent or declination form indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter.  The forms are available at http://cand.uscourts.gov/civilforms.  Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

**IT IS SO ORDERED.**

Dated: September 13, 2024



_____
Donna M. Ryu
Chief Magistrate Judge